PHŒNIX DUSTER & MANUFACTURING COMPANY *v.* ALLEN-HOLMES

COMPANY.

ATKINSON, J.  The judgment complained of is the first grant of a new trial; and as it does not appear that the law and the facts demanded the verdict, the judgment will not be reversed.

*Judgment affirmed.  All the Justices concur, except Fish, C. J., absent.*

Submitted July 18, 1906.—Decided February 14, 1907.

Assumpsit.  Before Judge Humphreys.  City court of Moultrie.  January 24, 1906.

*T. H. Parker,* for plaintiff.